# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

2010 OCT 15  P 12: 27

# APPLICATION FOR A WRIT OF HABEAS CORPUS
# PURSUANT TO 28 U.S.C. § 2241
# BY A PERSON IN FEDERAL CUSTODY

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Linda Lee Byrnes
#68415-079 _____, Petitioner,
Full Name and Prisoner Number

Federal Correctional Institution
Complete Prison Address (Place of Confinement)

33 1/2 Pembroke Station, Rte. 37

Danbury, CT.,   06811

Case No. _____
(To be supplied
by the Court)

v.

Maureen P. Baird, Warden _____, Respondent,
(Name of Warden, Superintendent or
authorized person having custody of petitioner)
(Do not use *et al.*)

and

_____, Additional Respondent,
(List additional person having custody
of petitioner, if any)

3

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  United States District Court, Western District of Michigan
   416 Federal Building, Grand Rapids, Michigan  49503

2) Date judgment of conviction was entered  February 28, 1997

3) Case number  1:95-CR-108

4) Type and length of sentence imposed  21 U.S.C. 841, 21 U.S.C. 846, 18 U.S.C. 922(g)(1), Count 1 and Count 3 to run concurrent - 262 months.

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes _____  No  X

6) Nature of the offense involved (all counts)
   Marijuana - Conspiracy - Felon in Possession

7) What was your plea? (check one)
   Not Guilty  X    Guilty _____   Nolo Contendere _____

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement

10) Kind of trial (check one)    Jury  X    Judge only _____

11) Did you testify at trial?   Yes _____   No  X

## DIRECT APPEAL

12) Did you appeal from the judgment of conviction?   Yes  X    No _____

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order)  Sixth Circuit Court of Appeals    Denied  #97-1264
    Potter Stewart United States Courthouse    October 9, 1998
    100 East Fifth Street, Suite 540
    Cincinnati, Ohio  45202

4

14) If you did not appeal, explain briefly why you did not: _____

_____

_____

    a. Did you seek permission to file a late appeal? Yes _____ No _____

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? Yes __X__ No _____

16) If your answer to 15 was "Yes", give the following information:

  a) FIRST petition, application or motion.

    1. Name of court __United States District Court, Western District of Michigan__

    2. Nature of proceeding __28 U.S.C. 2255 Motion to vacate, set aside or correct a sentence__

    3. Claims raised __Erroneous sentence calculation__

    4. Did you receive an evidentiary hearing on your petition, application or motion?

      Yes _____ No __X__

    5. Result __Denied__

    6. Date of result __July 30, 2001__

    7. Did you appeal the result to the federal appellate court having jurisdiction? Yes __X__ No _____ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) __United States Court of Appeals, Potter Stewart United States Courthouse, 100 East Fifth Street, Suite 540 Cincinnati, Ohio 45202   Case # 01-2319   May 15, 2002   Denied__

    8. If you did not appeal, briefly explain why you did not __No option to appeal__

b)  As to any SECOND petition, application or motion, give the following information:
   1. Name of court __United States District Court, Western District of Michigan__
   2. Nature of proceeding __Sentence correction 18 U.S.C. 3742(a)__
   3. Claims raised __Sentenced in the wrong Criminal History category.__

   4. Did you receive an evidentiary hearing on your petition, application or motion?
      Yes _____   No __X__
   5. Result __Denied__
   6. Date of result __October 31, 2003__
   7. Did you appeal the result to the federal appellate court having jurisdiction? Yes____
      No __X__  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

   8. If you did not appeal, briefly explain why you did not __District Court stated they did not have statuatory authority to review the defendant's sentence.__

c)  As to any THIRD petition, application or motion, give the following information:
   1. Name of court __United States District Court, Western District of Michigan__
   2. Nature of proceeding __Rule 60(b)(1)__

   3. Claims raised __Correction of erroneous sentence calculation. Sentencing Guideline §5G1.3(b)__

   4. Did you receive an evidentiary hearing on your petition, application or motion?
      Yes _____   No __X__
   5. Result __Denied__
   6. Date of result __August 13, 2004__
   7. Did you appeal the result to the federal appellate court having jurisdiction? Yes __X__
      No _____ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a

6

copy of the court's opinion or order)

| Sixth Circuit Court of Appeals | Affirmed |
|---|---|
| #04-1931 | |

8. If you did not appeal, briefly explain why you did not _____

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

**Claim One:** Actual innocence of 18 U.S.C. §922(g)(1) - Felon in possession, Count #3, Case Number 1:95-CR-108

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

See attached statement and supporting documentation.

(2) Did you seek administrative relief as to claim one? Yes _X_ No _____. If your answer is "Yes", describe the procedure followed and the result. If your answer is "No", explain why you did not seek administrative relief:
Petitioner has exhausted the Administrative Remedy process which was required. Since the Bureau of Prisons lacks the authority, discretionary or otherwise, to provide the much sought after relief. The Administrative Remedy is a formality which must precede the filing of my upcoming 28 U.S.C. §2241 motion.

**Claim Two:** Prejudice in various forms, involving both cases shown below:
Case No. 1:95-CR-108 and Case No. 1:96-CR-0057
Also, on Case No. 1:96-CR-0057, Obstruction of Justice, 18 U.S.C. 1503, Court used an offense level of 20 which was representative of 'firearm violation' pursuant to 2K2.1(a)(4), using the invalid North Carolina predicate conviction.

7

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

Petitioner has suffered untold injury due to the constitutional violation. Petitioner has been charged, convicted and sentenced under a statute that by its very terms does not apply to her. Petitioner claims that both sentencing's were unjustly enhanced by using an over-represented Criminal History Category on Case No. 1:95-CR-108, and Case No. 1:96-CR-0057. Petitioner has been prejudiced by using the prior state conviction through out her sentencing's. Also, Petitioner claims prejudice because of this felon in possession conviction she is now ineligible for the one-year off for her participation in the "Residential 500" hour drug program.

(2) Did you seek administrative relief as to claim one? Yes __x__ No _____. If your answer is "Yes", describe the procedure followed and the result. If your answer is "No", explain why you did not seek administrative relief:

Since the Bureau of Prisons lacks the authority, discretionary or otherwise, to provide the much sought after relief. The Administrative Remedy is a formality which must be exhausted in order to precede with my upcoming 28 U.S.C. §2241 Motion.

**Claim Three:**
Petitioner is in custody and being held illegally and in direct violation of the Constitution and the laws of the United States of America.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

Petitioner claims her present state of incarceration is the result of an invalid conviction 18 U.S.C. §922(g)(1), simply stated, if civil rights are restored - a state conviction will not support, a 18 U.S.C. §922(g)(1), felon in possession charge. And, until such time that it is vacated, the Petitioner will remain in custody, illegally, and in violation of the Constitution and the laws of the United States of America. Petitioner seeks relief in the form of Immediate Release.

(2) Did you seek administrative relief as to claim one? Yes __X__ No _____. If your answer is "Yes", describe the procedure followed and the result. If your answer is "No", explain why you did not seek administrative relief:

Petitioner has exhausted the Administrative Remedy process which was required of her. Since the Bureau of Prisons lacks the authority, discretionary or otherwise, to provide the much sought after relief. The Administrative Remedy is a formality which must precede the upcoming filing of my 28, U.S.C. §2241 Motion.

8

18)   Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ____ No _X_. If "Yes", state the name of the court, case file number (if know), and the nature of the proceeding:

_____
_____
_____

19)   State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention:

The remedy afforded under §2255 is inadequate or ineffective to test the legality of my detention, and to correct an apparent fundamental miscarriage of justice, as it resulted in a conviction of one who is actually innocent. Petitioner could not have effectively raised her claim of innocence at a earlier time, and until now discovering new evidence and had no access to judicial review.
Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____       _Linda Lee Byrnes_____
Signature of Attorney (if any)          Petitioner's Original Signature

                                        _68415-079_____
                                        Petitioner's Inmate Number

_____

_____
Attorney's Full Address and
Telephone Number


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Danbury, CT_ on _10/01/2010_
              (Location)         (Date)

_Kerri-Lynn Peterson_                   _Linda Lee Byrnes_____
10/1/2010                               Petitioner's Original Signature

9

## CERTIFICATE OF SERVICE

I, __Linda Lee Byrnes__, certify under the penalty of perjury pursuant to 28 U.S.C. 1746, that a true and correct copy of the foregoing has been placed in the Federal Correctional Institution mailbox in Danbury, Connecticut on this __4th__ day of __October__, 2010. in accordance with the prison mailbox rule __Houston v. Lack,__ 487 U.S. 266 (1988), this above styled motion is deemed filed upon placement in the prison mail room and mailed to the following:

TO:
Office of the Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

So Served,

*Linda Lee Byrnes* (signature)
Linda Lee Byrnes

FROM:
Linda Lee Byrnes
Unit B-2 68415-079
Federal Correctional Institution
33 1/2 Pembroke Station
Danbury, Connecticut  06811